# Court of Appeals
# of the State of Georgia

ATLANTA, November 15, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0116. KENNY BEAMON v. THE STATE.**

Kenny Beamon filed a petition for writ of mandamus against the State of Georgia, in which he lists several public officials as defendants. Beamon also requested to proceed in forma pauperis. By order entered August 22, 2010, the trial court denied Beamon's petition and refused to permit the filing of the action. The court also denied Beamon's in forma pauperis request. On October 30, 2012, Beamon filed an application for discretionary appeal in this Court.

The Supreme Court, however, has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"). Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/15/2012
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____, Clerk.